**UNITED STATES DISTRICT COURT**              **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| MARK CLIFF SCHWARZER, | § § § | |
| Plaintiff, | § § | |
| *versus* | § § | CIVIL ACTION NO. 9:20-CV-207 |
| THOMAS BROUWER, *et al.*, | § § § § | |
| Defendants. | § | |

### MEMORANDUM ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Mark Cliff Schwarzer, formerly an inmate confined at the Duncan Unit, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.

The court referred this matter to a United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting the defendants' motion to dismiss.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court concludes plaintiff's objections are without merit. For the reasons set forth in the Report, the defendants' motion to dismiss should be granted. In his response to the defendant's motion to dismiss, plaintiff acknowledged he did not seek injunctive relief. Plaintiff, however, did not amend his complaint to correct the omission. Further, since plaintiff is no longer confined, injunctive relief is not available. Additionally, plaintiff's claims of cruel and unusual punishment and a possible conspiracy regarding the processing of his grievances are conclusory and insufficient to prevent dismissal for failure to state a claim. Further, plaintiff's allegations fail to rise to the level of egregious conduct required to

satisfy the deliberate indifference standard. *See Gobert v. Caldwell*, 463 F.3d 339, 351 (5th Cir. 2006). Therefore, plaintiff's objections are without merit.

## O R D E R

Accordingly, plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. It is

**ORDERED** that the defendants' motion to dismiss is **GRANTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 4th day of June, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE